R. Daniel Fleck – Wyo. Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290
(307) 733-5248 facsimile

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JIMMIE G. BILES, JR., MD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL NO.** 19-cv-48-F |
| v. | ) | |
| | ) | |
| JOHN H. SCHNEIDER, JR.; | ) | |
| MICHELLE R. SCHNEIDER; | ) | |
| and MEDPORT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### JIMMIE G. BILES, JR., MD, VERIFICATION OF COMPLAINT, REQUEST FOR TEMPORARY RESTRAINING ORDER and PRELIMINARY INJUNCTION, and DEMAND FOR JURY TRIAL

I, Jimmie G. Biles, Jr., MD, being first duly sworn upon my oath, state that I am the Plaintiff herein, that I have read the Complaint, Request For Temporary Restraining Order and Preliminary Injunction, and Demand for Jury Trial, [Doc. 1], filed on March 8, 2019, and that I know the contents thereof, and to the extent I have personal knowledge of the facts stated therein, they are true and correct.

_____
Jimmie G. Biles, Jr., MD

STATE OF WYOMING          )

                                  ) ss.

COUNTY OF PARK           )

SUBSCRIBED AND SWORN to before me this ___ day of March, 2019, by Jimmie G. Biles, Jr., MD.

_____

Notary Public

My commission expires: ___4/26/22___

TAMMIE SHRIN
NOTARY PUBLIC
COUNTY OF PARK
STATE OF WYOMING
MY COMMISSION EXPIRES        APRIL 26, 2022

JIMMIE G. BILES, JR., MD, VERIFICATION OF COMPLAINT, REQUEST FOR
TEMPORARY RESTRAINING ORDER and PRELIMINARY INJUNCTION, and
DEMAND FOR JURY TRIAL
Page 2 of 2