AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19CV48-F

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JOHN HENRY SCHNEIDER, JR.
was received by me on *(date)* 03/20/2019 .

☑ I personally served the summons on the individual at *(place)* 808 UNION ST., SAN DIEGO, CA 92101
AT 1:15PM on *(date)* 03/21/2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 135.00 for services, for a total of $ 135.00 .

I declare under penalty of perjury that this information is true.

Date: 03/26/2019

*Server's signature*

R.T. HANSELL  SAN DIEGO RPS #1422
*Printed name and title*

SAN DIEGO SERVICE OF PROCESS
2445 MORENA BLVD. #201
SAN DIEGO, CA 92110
*Server's address*

Additional information regarding attempted service, etc:
ADDITIONAL DOCUMENTS SERVED: Complaint



**San Diego Service of Process, LLC**
2445 Morena Blvd., Suite 201
San Diego, Ca. 92110
Ph. (619) 275-6400  Fax (619) 275-6420

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/22/2019 | 38703 |

| BILL TO |
|---|
| The Spence Law Firm, LLC<br>15 S. Jackson St. Box 548<br>Jackson, WY 83001-0548 |

| | | Tracking # | TERMS |
|---|---|---|---|
| | | | Paid by Paypal |

| ITEM CODE | DESCRIPTION | DATE | TIME | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| P/S | SCHNEIDER JR., John H.  808 Union St.  SD., 92101 | 3/21/19 | 1:15pm | 135.00 | 135.00 |

*PAID*

THANK YOU FOR YOUR BUSINESS!
Accounts Not Paid Within Terms Are Subject to a 2% Finance Charge

**Total**     $135.00

www.SanDiegoServiceOfProcess.com