AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19CV48-F

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MICHELLE RENE SCHNEIDER

was received by me on *(date)*  03/20/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because  ***SEE ATTACED DECLARATION ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ 85.00 for services, for a total of $ 85.00 .

I declare under penalty of perjury that this information is true.

Date:  03/26/2019

*Server's signature*

CARL HERMAN WALKER  SAN DIEGO RPS #1955
*Printed name and title*

SAN DIEGO SERVICE OF PROCESS
2445 MORENA BLVD. #201
SAN DIEGO, CA 92110
*Server's address*

Additional information regarding attempted service, etc:
ADDITIONAL DOCUMENTS SERVED: Complaint

MC-031

| PLAINTIFF/PETITIONER: JIMMIE G. BILES, JR., MD | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: JOHN HENRY SCHNEIDER, JR., et al. | 19CV48-F |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

I, CARL HERMAN WALKER, am a registered process server and am employed in the county of San Diego. I am aware of the facts presented below. After due and diligent effort, I have been unable to effect personal service on the below- named subject. A list of dates, times and attempts at service is as follows:

SERVEE: MICHELLE RENE SCHNEIDER
ADDRESS: ███████████████ IDIA, ENCINITAS, CA 92024

SERVICE ATTEMPTS AND RESULTS:

3/21/2019 at 11:00am - Subject not in. Called phone number, subject will be home tonight 7-7:30pm is good.

3/21/2019 at 7:10pm - No response at door. Front door wide open. Bouquet of flowers addressed to subject at door. Trash cans out. No answer on phone.

3/22/2019 at 8:50pm - No response at door. House dark, quiet. Door closed, flowers retrieved. Trash cans still outside.

3/23/2019 at 10:45am - No response at door. Spoke with neighbor, subject not home now. Subject won't be home this weekend. Left contact card on door.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/26/2019

CARL HERMAN WALKER
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other *(Specify):*
SAN DIEGO CO. #1955

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

www.accesslaw.com



**San Diego Service of Process, LLC**
2445 Morena Blvd., Suite 201
San Diego, Ca. 92110
Ph. (619) 275-6400  Fax (619) 275-6420

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/26/2019 | 38705 |

| BILL TO |
|---|
| The Spence Law Firm, LLC<br>15 S. Jackson St. Box 548<br>Jackson, WY 83001-0548 |

| | | Tracking # | TERMS |
|---|---|---|---|
| | | | Paid by Paypal |

| ITEM CODE | DESCRIPTION | DATE | TIME | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| Att | SCHNEIDER, Michelle Rene ███ ████████ia Enc., 92024 | 3/23/19 | 10:45am | 85.00 | 85.00 |

PAID

THANK YOU FOR YOUR BUSINESS!
Accounts Not Paid Within Terms Are Subject to a 2% Finance Charge

**Total** $85.00

www.SanDiegoServiceOfProcess.com