IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 19-CV-48-2019 |
| v. | ) |
| | ) |
| JOHN HENRY SCHNEIDER, JR.; | ) |
| MICHELLE RENE SCHNEIDER; | ) |
| and MEDPORT, LLC. | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING REQUEST FOR EXPEDITED SUBPOENA AND NOTICE TO DEFENDANT

This matter comes before the Court on Plaintiff's request for an expedited subpoena under Fed. R. Civ. P. 45. The Court has considered Plaintiff's request, relevant law, and is fully informed on the subject. Plaintiff's request for an expedited subpoena is GRANTED.

This matter seeks to enforce a contract between the litigants that ended prior litigation in this Court. The Court granted Plaintiff's request for temporary restraining order, requiring defendants to remove all information regarding Dr. Biles from any and all internet sites, including Facebook and Healthcare-Malpractice.com. A hearing on preliminary injunction will occur on April 4, 2019 at 1:30 P.M. Through oral motion Plaintiff requests the Court allow a subpoena for the production of documents relevant to the request for a preliminary injunction. Plaintiff requests the subpoena issue with simultaneous notice (as opposed to prior notice) to the Defendants, that the subpoena response occurs in an expedited fashion, and that the subpoena issues prior to the

mandate of Fed. R. Civ. P. 26 (d)(1). For good cause shown and in light of the upcoming hearing on preliminary injunction, the Court finds time is of the essence and GRANTS Plaintiff's request as follows:

1. Plaintiff may subpoena records related to healthcare-malpractice.com and/or the defendants from Jtech Communications (Jtech), the host of the website at issue.

2. Jtech shall produce all documents in an expedited fashion and in a manner and format agreeable to Jtech and Plaintiff's counsel no later than 5:00 P.M. Tuesday, April 2, 2019.

3. Jtech shall retain all records and information related to the defendants and healthcare-malpractice.com until further order of the Court.

4. Notice may be served on Defendants by overnight mail and the notice and the subpoena may be sent simultaneously.

Dated this 29th day of March, 2019.

MARK L. CARMEN
UNITED STATE MAGISTRATE JUDGE