IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 19-CV-48-F |
| JOHN HENRY SCHNEIDER, JR.; MICHELLE RENE SCHNEIDER; and MEDPORT, LLC. | ) |
| Defendants. | ) |

## RETURN OF SERVICE - JOHN H. SCHNEIDER, JR

Service of the TRO [Doc 7] and Notice of Hearing [Doc 10] was made by me
DATE: 3/28/2019 at 2:15pm
NAME OF SERVER (PRINT): R.T. Hansell
TITLE: Registered Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: MCC San Diego 808 Union Street San Diego, CA 92101

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 135.00 | 135.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/29/2019
Date

Signature of Server: R.T. Hansell

2445 Morena Blvd. Ste 201
San Diego, CA 92110
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.