# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

MD JIMMIE G. BILES, JR,

                    Plaintiff,

vs.

JOHN H. SCHNEIDER, JR, MICHELLE R. SCHNEIDER, and MEDPORT LLC,

                    Defendants.

Case Number: 2:19-CV-00048-MLC

FILED
DISTRICT OF WYOMING
U S DISTRICT COURT
MAR 29 2019
U.S. MAGISTRATE JUDGE

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 03/29/2019    Time: 9:04 - 9:20 AM

| Mark L. Carman | | | Erik Adams |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    R. Daniel Fleck (by telephone)

Attorney(s) for Defendant(s)    N/A

Other:

After updating the Court on recent developments in this matter, Plaintiff orally moved the Court for an Order allowing an expedited subpoena. The Court agreed the cases unusual circumstances necessitated granting Plaintiff's Motion [Doc 12].