UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 19-CV-48-F |
| v. | ) |
| | ) |
| JOHN HENRY SCHNEIDER, JR.; et al. | ) |
| | ) |
| Defendants. | ) |

**RETURN OF SERVICE** — Michelle R. Schneider

Service of the TRO [Doc 7] and Notice of Hearing [Doc 10] was made by me    DATE 4-1-2019 at 5:50 pm

NAME OF SERVER (PRINT) Corey Pagano    TITLE Registered Process Server

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: ███ Cam███ ███idia, Encinitas, CA 92024

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES 85.00 | TOTAL 85.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/2/2019
Date

Signature of Server

2445 Morena Blvd. Ste 201
San Diego, CA 92110
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**From:** **San Diego Service of Process** service@sdsop.com
**Subject:** Service on Michelle Snyder
**Date:** April 1, 2019 at 12:48 PM
**To:** Lene Jordan  jordan@spencelawyers.com

Good morning,

Server reports:

3/28 @ 7:30 pm, attempt, cars in same spot, can see in, no activity

3/30 @ 7:36 am, attempt, sub not in, left awhile ago per lady renting trailer

3/31 @ 10:07 am, attempt, no answer, nobody around

will continue and advise.

Bob H

--


San Diego Service of Process
2445 Morena Blvd Ste. 201
San Diego, Ca 92110
Ph. 619-275-6400
Fax. 619-275-6420
www.SanDiegoServiceOfProcess.com





**San Diego Service of Process, LLC**
2445 Morena Blvd., Suite 201
San Diego, Ca. 92110
Ph. (619) 275-6400  Fax (619) 275-6420

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/2/2019 | 38742 |

| BILL TO |
|---|
| The Spence Law Firm, LLC<br>15 S. Jackson St. Box 548<br>Jackson, WY 83001-0548 |

| | Tracking # | TERMS |
|---|---|---|
| | | Paid by Paypal |

| ITEM CODE | DESCRIPTION | DATE | TIME | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| P/S | SCHNEIDER, Michelle ~~543 Camino De Orchidia~~ Enc., 92024 | 4/1/19 | 5:50pm | 85.00 | 85.00 |

PAID

THANK YOU FOR YOUR BUSINESS!
Accounts Not Paid Within Terms Are Subject to a 2% Finance Charge

**Total**  $85.00

www.SanDiegoServiceOfProcess.com