# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:11 pm, 4/4/19

**Stephan Harris**
**Clerk of Court**

Jimmie G Biles, Jr MD,

Plaintiff,

vs.

Case Number:  19-CV-48-F

John H Schneider, Jr, Michelle R Schneider,
Medport LLC,

Defendants.

## CIVIL MINUTE SHEET - MOTION HEARING

[✓] Telephonic

Date: Apr 4, 2019        Time: 1:31pm - 3:04pm

| Nancy D. Freudenthal | Becky Harris | Monique Gentry | Bobbi Owen |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)      Dan Fleck (by phone)

Attorney(s) for Defendant(s)     No attorneys or defendants present

Witness(es) for Plaintiff(s)      Jimmie G Biles, Jr MD (by phone)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 15 | Motion for Preliminary Injunction | Under Advisement |

[ ]  Briefs to be filed on or before              by
                                                  by

[✓] Order to be prepared by [✓] Court   [ ] Attorney

Other:
Plaintiff calls Dr. Jimmie G. Biles. Witness sworn and testimony given (2:04-2:34).
(Exhibits admitted: 1, 7.1, 7.2, 7.3, 7.4, 8)

No ruling is final until a written order is entered.

WY15                                                          Rev. 11/29/2018