R. Daniel Fleck – Wyo, Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290
(307) 733-5248 facsimile
fleck@spencelawyers.com
hand@spencelawyers.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, <br> a resident of Wyoming, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN HENRY SCHNEIDER, JR., MD, <br> MICHELLE RENE SCHNEIDER, <br> and MEDPORT, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) **CIVIL NO. 19-cv-48-F** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF DOCUMENT SERVICE ON DEFENDANTS**

Pursuant to the order of Judge Freudenthal during a telephonic hearing on April 4, 2019, attached as Exhibit A and Exhibit B, are the affidavits of Lene Jordan and R. Daniel Fleck attesting to document service on Defendants.

DATED this 5th day of April, 2019.

/s/ R. Daniel Fleck
R. Daniel Fleck – Wyo, Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290
(307) 733-5248 facsimile

*Attorneys for Plaintiff*