IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

JIMMIE G. BILES, JR., MD,  )
a resident of Wyoming,  )
  )
    Plaintiff,  )
  )  **CIVIL NO.** 19-cv-48-F
    vs.  )
  )
JOHN HENRY SCHNEIDER, JR.,  )
MICHELLE RENE SCHNEIDER,  )
and MEDPORT, LLC,  )
  )
    Defendants.

**AFFIDAVIT OF LENE JORDAN**
RE: SERVICE OF DOCUMENTS ON DEFENDANTS

STATE OF WYOMING  )
  ) ss.
COUNTY OF TETON  )

Lene Jordan, being first duly sworn upon her oath, states that the following is true and correct to the best of her knowledge and information.

1. I am employed by The Spence Law Firm, Jackson, Wyoming, as a paralegal.

2. As part of my job duties as a paralegal, I researched the registered agent for Defendant MedPort, LLC, as well as personal service addresses for Defendants John H. Schneider and Michelle R. Schneider.

3. The Complaint in this matter was filed on March 8, 2019.

4. Separate Summons were issued for each Defendant on March 8, 2019, by the Clerk of Court, and returned to me via U.S. Postal Service.

5. I forwarded the issued Summons and service copies of the Complaint to San Diego Service of Process, 2445 Morena Blvd, Suite 201, San Diego, CA 92110, which they received on March 20, 2019.

6. I was provided a Return of Service by email and mail that Defendant John H. Schneider was personally served on March 21, 2019. See Doc. 8

7. I was provided an unexecuted Return of Service and Declaration of server by email and mail that Defendant Michelle R. Schneider had not been personally served although four (4) attempts were made. Those attempts occurred on March 21, 2019 (am telephone conversation & pm), March 22, 2019 and March 23, 2019, are set forth in Carl Walker's declaration. See Doc. 9.

8. I was provided an unexecuted Return of Service and Declaration of server by email and mail that Defendant MedPort, LLC had not been personally served. The declarant attempted service on March 21, 2019, at the "mailing office/principal office" as listed by the Secretary of State Detail and Healthcare-Malpractice.com website. The listed address is a commercial mail receiving agency (UPS Store) and the owner would not confirm if MedPort was a box holder.

9. Michael D. Greear filed a Statement of Resignation of Registered Agent as to MedPort, LLC, with the Wyoming Secretary of State on March 6, 2019. See Exhibit 1.

10. On March 22, 2019, the Summons and Complaint were mailed Certified Mail/Return-Receipt-Requested to the Wyoming Secretary of State, Cheyenne, WY and MedPort. I received the Return-Receipt-Requested card from the Wyoming Secretary of State. I have not received the Return-Receipt-Requested from MedPort, LLC, but did track the package and confirmed its delivery on March 25, 2019. See Exhibit 2.

11. Anneleisa Renner with the Wyoming Secretary of State called me on March 27, 2019, and requested a $50.00 fee for processing the summons as agent for MedPort, LLC. The fee was overnighted to the Secretary of State, attn.: A. Renner, along with the [Doc 7] TRO and [Doc 10] Notice of Hearing.

12. I was directed to have Defendants John Schneider and Michelle Schneider personally served with the [Doc. 7] TRO and the [Doc. 10] Notice of Hearing. On March 28, 2018, I reached out to San Diego Service of Process again to arrange for service of the TRO and the Notice of Hearing.

13. Defendant John Schneider was personally served [Doc. 7] with the TRO and the [Doc. 10] Notice of Hearing on March 28, 2019. See Doc. 13.

14. Defendant Michelle Schneider was personally served with the [Doc. 7] TRO and the [Doc. 10] Notice of hearing on April 1, 2019. See Doc. 16.

15. I was directed on March 29, 2019, to overnight Defendant John Schneider a copy of [Doc. 12] Order Granting Request for Expedited Subpoena and a copy of the Subpoena issued to Joshua Reynolds/JTech Communications. This package was delivered on April 1, 2019. See Exhibit 3.

16. I was directed on April 2, 2019, to overnight Defendant John Schneider a copy of [Doc 15] Plaintiff's Motion and Exhibits for Preliminary Injunction. This package was delivered on April 3, 2019. See Exhibit 4.

17. I made AT&T conference call arrangements pursuant to the [Doc. 10] Notice of Hearing.

18. I received an email from Theresa Talplacido, counsel for San Diego Metropolitan Corrections Center on April 4, 2019, at 1:49 pm MTN stating, "Mr. Schneider informed his Unit Manager that he refused to participate in the telephonic hearing. We leave you

to contact him directly." Upon receipt of the email, I sent a text message to R. Daniel Fleck, as the hearing had already begun, and I responded to Ms. Talplacido, "I have relayed your message to Dan Fleck. He is currently participating in said hearing. Thank you."

FURTHER Affiant sayeth naught, dated the 5th day of April, 2019.

_____
Lene Jordan

SUBSCRIBED AND SWORN TO before me this 5th day of April, 2019, by Lene Jordan.

_____
Notary Public
My Commission Expires: 2.16.2022

Ginny R. Odekirk - Notary Public
County of Teton    State of Wyoming
Commission Expires 2/16/2022



**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

WY Secretary of State
FILED: 03/20/2019 07:41 AM
Global Amendment ID: 19357
Affected Entities: 1

## Statement of Resignation of Registered Agent

1. This change affects <u>every</u> entity that I represent. ☐
   **OR**
   This change affects <u>only</u> the entities on the attached list. ☑
   *(If attaching a list of business entities do <u>not</u> list more than 25 entities per filing.)*

2. I, Michael D. Greear, hereby resign my agency appointment as the registered agent for the entities listed on the attached list.

3. I hereby certify that notice of my resignation was sent on 11/28/2018 to an officer or controlling
   *(Date – mm/dd/yyyy)*
   member of the business entities to its last known address thirty (30) days prior to the filing of this statement with the Wyoming Secretary of State.

4. The resignation is effective immediately upon filing of this statement with the Wyoming Secretary of State.

5. If the registered office address is currently on file as the mailing and/or principal office address, a separate notice must be provided to change the mailing and/or principal office address to the last known address.

Signature: _[signed]_    Date: 3/04/2019
*(Shall be executed by a person authorized by the registered agent.)*    *(mm/dd/yyyy)*

Print Name: Michael D. Greear    Contact Person: Michael D. Greear
Title:    Daytime Phone Number: 307 388- 3399
            Email: mgreeear@wyosugar.com
*(Email provided will receive filing evidence)*
*May list multiple email addresses*

Received
MAR - 6 2019
Secretary of State
Wyoming

**Checklist**
☑ **No Filing Fee**
☑ Please submit one **originally signed** document.
☑ Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.

RAResignation – Revised October 2015

**EXHIBIT 1**

MedPort, LLC - 2012-000621556

## STATE OF WYOMING * SECRETARY OF STATE
## EDWARD A. BUCHANAN
## BUSINESS DIVISION

2020 Carey Avenue, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Global Amendment Summary

**Global Amendment ID:** 19357
**Amendment Type:** RA Resignation
**Amendment Date:** 03/20/2019 7:41 AM
**Copy To Mailing:** N
**Copy To Principal:** N
**Affected Entities:** 1

**Agent Name:** Michael D Greear
**Address:** 1112 Robertson Ave
PO Box 542
Worland, WY 82401

| Field Name | Changed From | Changed To |
|---|---|---|
| Registered Agent # | 0113404 | 0000000 |
| Registered Agent Email | mike@greearclarkking.com | No Value |
| Registered Agent Fax | (307) 347-2859 | No Value |
| Registered Agent First Name | Michael | No Value |
| Registered Agent Last Name | Greear | No Value |
| Registered Agent Middle Name | D | No Value |
| Registered Agent Organization Name | No Value | No Agent |
| Registered Agent Phone | (307) 388-3399 | No Value |
| Registered Agent Physical Address 1 | 1112 Robertson Ave | No Office |
| Registered Agent Physical Address 2 | PO Box 542 | No Value |
| Registered Agent Physical City | Worland | No Value |
| Registered Agent Physical County | Washakie | No Value |
| Registered Agent Physical Postal Code | 82401 | No Value |

Page 1 of 1 on 3/20/2019 7:42:19 AM

Business Center     Online Services   Search

# DETAIL

RETURN TO YOUR SEARCH     FILE YOUR ANNUAL REPORT

MedPort, LLC

This detail reflects the current data for the filing in the system.    Print

**Name**
MedPort, LLC

**Filing ID**
2012-000621556

**Status**
Active

**Fictitious Name**

**Type**
Limited Liability Company - Domestic

**Sub Status**
Current

**Initial Filing**
05/01/2012

**Standing - Tax**
Good

**Standing - RA**
Delinquent

**Standing - Other**
Good

**Term of Duration**
Perpetual

**Formed In**
Wyoming

**Principal Office**
315 S Coast Hwy 101
Ste U 102
Encinitas, CA 92024
USA

**Mailing Address**
315 S Coast Hwy 101
Ste U 102
Encinitas, CA 92024
USA

## Additional Details

**Registered Agent:**
No Agent
No Office
Laramie County WY

**Latest AR/Year**
03405902 / 2018

**AR Exempt**
No

**License Tax Paid**
$50.00

History

| | |
|---|---|
| RA Resignation - 2019-002519675 | Date: 03/20/2019 |
| 2018 Original Annual Report - 03405902 | Date: 03/10/2018 |
| 2017 Original Annual Report - 02625967 | Date: 10/13/2016 |
| 2016 Original Annual Report - 02465852 | Date: 04/04/2016 |
| 2015 Original Annual Report - 02195003 | Date: 03/02/2015 |
| 2014 Original Annual Report - 02033778 | Date: 05/12/2014 |
| Delinquency Notice - Tax - 2014-001611369 | Date: 05/02/2014 |
| 2013 Original Annual Report - 01844431 | Date: 05/29/2013 |
| Delinquency Notice - Tax - 2013-001488298 | Date: 05/02/2013 |
| Initial Filing - See Filing ID | Date: 05/01/2012 |

Public Notes

No Public Notes Found...

Parties

Michael D Greear (Organizer)         Organization:
Address:

# 2018        Limited Liability Company Annual Report

Due on or Before: May 1, 2018
ID: 2012-000621556
State of Formation: Wyoming
License Tax Paid: $50.00
AR Number: 03405902

For Office Use Only
Wyoming Secretary of State
2020 Carey Avenue, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

## MedPort, LLC

1: Mailing Address
315 S Coast Hwy 101
Ste U 102
Encinitas, CA 92024

Current Registered Agent:
Michael D Greear
1112 Robertson Ave
PO Box 542
Worland, WY 82401

2: Principal Office Address
315 S Coast Hwy 101
Ste U 102
Encinitas, CA 92024

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

Phone: (307) 899-6411
Email: omnineuro@live.com

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Brandon M Schneider | Brandon M Schneider | March 10, 2018 |
|---|---|---|
| Signature | Printed Name | Date |

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.

```
=====================================
         DOWNTOWN JACKSON
          220 W PEARL ST
             JACKSON
               WY
            83001-9998
            5747500486
03/22/2019   (800)275-8777   10:21 AM
=====================================

=====================================
Product              Sale      Final
Description          Qty       Price

First-Class           1        $1.60
Mail
Large Envelope
    (Domestic)
    (ENCINITAS, CA 92024)
    (Weight:0 Lb 4.40 Oz)
    (Estimated Delivery Date)
    (Monday 03/25/2019)
Certified             1        $3.50
    (@@USPS Certified Mail #)
    (70181830000211327130)
Return                1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (95909402320771166990411)
First-Class           1        $1.60
Mail
Large Envelope
    (Domestic)
    (CHEYENNE, WY 82002)
    (Weight:0 Lb 4.90 Oz)
    (Estimated Delivery Date)
    (Monday 03/25/2019)
Certified             1        $3.50
    (@@USPS Certified Mail #)
    (70181830000211327147)
Return                1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (95909402320771166990404)

Total                         $15.80

Credit Card Remitd            $15.80
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXXX3007)
    (Approval #:884140)
    (Transaction #:676)
    (AID:A000000025010801
    Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)

Text your tracking number to 2877
(2USPS) to get the latest status.
Standard Message and Data rates m
apply. You may also visit www.usp
USPS Tracking or call 1-800-222-1

       Preview your Mail
       Track your Packages
       Sign up for FREE @
       www.informeddelivery.com

All sales final on stamps and pos
Refunds for guaranteed services
      Thank you for your business.

       NOW HIRING. Please visit
www.usps.com/careers to apply.

       HELP US SERVE YOU BETTER
```

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Domestic Mail Only

ENCINITAS, CA 92024
Certified Mail Fee: $3.50
Extra Services & Fees:
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery: $

Postage: $1.60
Total Postage and Fees: $7.90

Sent To: MEDPORT
City, State, ZIP+4: ENCINITAS CA

Postmark: MAR 22 2019 DOWNTOWN STATION JACKSON WY 83001

PS Form 3800, April 2015

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Domestic Mail Only

CHEYENNE, WY 82002
Certified Mail Fee: $3.50
Extra Services & Fees:
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Certified Mail Restricted Delivery: $0.00
- Adult Signature Required: $0.00
- Adult Signature Restricted Delivery: $

Postage: $1.60
Total Postage and Fees: $7.90

Sent To: WY SEC OF STATE
Street: MEDPORT

Postmark: MAR 22 2019 DOWNTOWN STATION JACKSON WY 83001

PS Form 3800, April 2015

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MEDPORT LLC
C/O SEC OF STATE . WYOMING
BUSINESS DIVISION
2020 CAREY AVE. SUITE 600-700
CHEYENNE WY 82002-0020

9590 9402 3207 7166 9904 04

2. Article Number (Transfer from service label)
7018 1830 0002 1132 7147

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature]
   ☐ Agent
   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type:
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**EXHIBIT 2**

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70181830000211327130

Expected Delivery on

**MONDAY**
**25** MARCH 2019 ⓘ

between
**9:10am and 11:10am** ⓘ

## ✓ Delivered

March 25, 2019 at 9:37 am
Delivered, Left with Individual
ENCINITAS, CA 92024

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up (https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

Feedback

From: trackingupdates@fedex.com
Subject: FedEx Shipment 774838697256 Delivered
Date: April 1, 2019 at 1:05 PM
To: jordan@spencelawyers.com



## Your package has been delivered

### Tracking # 774838697256

Ship date:
Fri, 3/29/2019

R DANIEL FLECK
The Spence Law Firm
JACKSON, WY 83001
US



Delivered

Delivery date:
Mon, 4/1/2019 12:00 pm

John H. Schneider, Jr.
#64084-298
c/o MCC San Diego
808 Union Street
SAN DIEGO, CA 92101
US



### Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 774838697256 |
| Status: | Delivered: 04/01/2019 12:00 PM Signed for By: A.GROVE |
| Reference: | 1141-Doc 12 & copy of Subp |
| Signed for by: | A.GROVE |
| Delivery location: | SAN DIEGO, CA |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Standard Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 4/1/2019 by 3:00 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:04 PM CDT on 04/01/2019.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**EXHIBIT 3**

From: **Lene Jordan** jordan@spencelawyers.com
Subject: BILES: Exhibits 1-11 delivered to JHS at MCC
Date: April 3, 2019 at 5:26 PM
To: Dan Fleck fleck@spencelawyers.com
Cc: Rd Fleck rdfleck@gmail.com



**EXHIBIT 4**


