WY Secretary of State
FILED: 03/28/2019 11:24 AM
ID: 2019-01239

AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, a Wyoming resident,<br>V.<br>JOHN HENRY SCHNEIDER, JR, MICHELLE RENE SCHNEIDER, and MEDPORT, LLC | **SUMMONS IN A CIVIL CASE**<br>Case Number: 19CV48-F |

TO: (Name and address of Defendant)
MEDPORT, LLC
~~c/o Registered Agent Michael D. Greear~~
~~1112 Robertson Ave - PO Box 542~~
~~Worland, WY 82401~~
~~Telephone: 307-347-9801~~

C/O WYOMING SEC OF STATE
BUSINESS DIVISION
2020 CAREY AVE
CHEYENNE WY
82002-0020

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)
THE SPENCE LAW FIRM, LLC
15 SOUTH JACKSON STREET - Box 548
JACKSON, WY 83001
Tel: 307.733.7290

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Stephan Harris — 3/8/19
CLERK — DATE

Becky Harris
(By) DEPUTY CLERK

AO440 (Rev. 8/01) Summons in a Civil Case

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                  Date                                                Signature of Server


                                                           _____
                                                                       Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RECEIPT

**Wyoming**
Secretary of State
2020 Carey Avenue
Cheyenne, WY 82002-0020

SPENCE
THE SPENCE LAW FIRM LLC
P.O. BOX 548
JACKSON, WY  83001

## RECEIPT INFORMATION

Receipt #:     **001609745**
Receipt Date:  **03/28/2019**
Processed By:  **Anneleisa Renner**

**DO NOT PAY!
This is not a bill.**

| Description of Charges | Reference | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Summons as Agent for Service | 2019-01239 | 1 | $50.00 | $50.00 |
| | | | **TOTAL CHARGES PAID** | **$50.00** |

| Description of Payment | Reference | | | Amount |
|---|---|---|---|---|
| Payment-Check / Money Order | 115393 | | | $50.00 |
| | | | **TOTAL PAYMENT** | **$50.00** |

**In Reference To:**
THE SPENCE LAW FIRM, LLC (2019-01239)

PAD or Billing Questions?
(307) 777-5343
SOSAdminServices@wyo.gov

Page 1 of 1

```
=====================================
          DOWNTOWN JACKSON
           220 W PEARL ST
              JACKSON
                WY
             83001-9998
             5747500486
03/22/2019    (800)275-8777    10:21 AM
=====================================
=====================================
Product              Sale        Final
Description          Qty         Price
-------------------------------------
First-Class           1          $1.60
Mail
Large Envelope
    (Domestic)
    (ENCINITAS, CA  92024)
    (Weight:0 Lb 4.40 Oz)
    (Estimated Delivery Date)
    (Monday 03/25/2019)
Certified             1          $3.50
    (@@USPS Certified Mail #)
    (70181830000211327130)
Return                1          $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940232077166990411)
First-Class           1          $1.60
Mail
Large Envelope
    (Domestic)
    (CHEYENNE, WY  82002)
    (Weight:0 Lb 4.90 Oz)
    (Estimated Delivery Date)
    (Monday 03/25/2019)
Certified             1          $3.50
    (@@USPS Certified Mail #)
    (70181830000211327147)
Return                1          $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940232077166990404)
-------------------------------------
Total                            $15.80
-------------------------------------
Credit Card Remitd               $15.80
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXX3007)
    (Approval #:884140)
    (Transaction #:676)
    (AID:A000000025010801
Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)

Text your tracking number to 2877
(2USPS) to get the latest status.
Standard Message and Data rates m
apply. You may also visit www.usp
USPS Tracking or call 1-800-222-1

         Preview your Mail
         Track your Packages
         Sign up for FREE @
       www.informeddelivery.com

All sales final on stamps and pos
  Refunds for guaranteed services
    Thank you for your business.

     NOW HIRING. Please visit
   www.usps.com/careers to apply

       HELP US SERVE YOU BETTER
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

ENCINITAS, CA 92024

Certified Mail Fee: $3.50    $2.80

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $

Postage: $1.60
Total Postage and Fees: $7.90

Sent To: MEDPORT
Street and Apt. No., or PO Box No.:
City, State, ZIP+4®: ENCINITAS CA

Postmark: MAR 22 2019 DOWNTOWN STATION JACKSON WY 83001

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

CHEYENNE, WY 82002

Certified Mail Fee: $3.50    $2.80

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $

Postage: $1.60
Total Postage and Fees: $7.90

Sent To: WY SEC OF STATE
Street and Apt. No., or PO Box No.: MEDPORT
City, State, ZIP+4®:

Postmark: MAR 22 2019 DOWNTOWN STATION JACKSON WY 83001

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MEDPORT LLC
C/O SEC OF STATE - WYOMING
BUSINESS DIVISION
2020 CAREY AVE. SUITE 600-700
CHEYENNE WY 82002-0020

||||||||||||||||||||||||||||||||||||||||
9590 9402 3207 7166 9904 04

2. Article Number (Transfer from service label)
7018 1830 0002 1132 7147

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature                      ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☑ Certified Mail®                      ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☑ Return Receipt for Merchandise
☐ Collect on Delivery                  ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
    Restricted Delivery
(over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

WY Secretary of State
FILED: 03/20/2019 07:41 AM
Global Amendment ID: 19357
Affected Entities: 1

## Statement of Resignation of Registered Agent

1. This change affects <u>every</u> entity that I represent.  ☐
   OR
   This change affects <u>only</u> the entities on the attached list.  ☑
   *(If attaching a list of business entities do not list more than 25 entities per filing.)*

2. I, Michael D. Greear, hereby resign my agency appointment as the registered agent for the entities listed on the attached list.

3. I hereby certify that notice of my resignation was sent on 11/28/2018 to an officer or controlling
   *(Date – mm/dd/yyyy)*
   member of the business entities to its last known address thirty (30) days prior to the filing of this statement with the Wyoming Secretary of State.

4. The resignation is effective immediately upon filing of this statement with the Wyoming Secretary of State.

5. If the registered office address is currently on file as the mailing and/or principal office address, a separate notice must be provided to change the mailing and/or principal office address to the last known address.

Signature: _[signed]_    Date: 3/04/2019
*(Shall be executed by a person authorized by the registered agent.)*    *(mm/dd/yyyy)*

Print Name: Michael D. Greear    Contact Person: Michael D. Greear
Title:    Daytime Phone Number: 307 388- 3399
    Email: mgreeear@wyosugar.com
    *(Email provided will receive filing evidence)*
    *May list multiple email addresses*

Received
MAR - 6 2019
Secretary of State
Wyoming

**Checklist**
☑ **No Filing Fee**
☑ Please submit one **originally signed** document.
☑ **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**

RAResignation – Revised October 2015

MedPort, LLC - 2012-000621556

STATE OF WYOMING * SECRETARY OF STATE
EDWARD A. BUCHANAN
BUSINESS DIVISION

2020 Carey Avenue, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Global Amendment Summary

**Global Amendment ID:** 19357
**Amendment Type:** RA Resignation
**Amendment Date:** 03/20/2019 7:41 AM
**Copy To Mailing:** N
**Copy To Principal:** N
**Affected Entities:** 1

**Agent Name:** Michael D Greear
**Address:** 1112 Robertson Ave
PO Box 542
Worland, WY 82401

| Field Name | Changed From | Changed To |
|---|---|---|
| Registered Agent # | 0113404 | 0000000 |
| Registered Agent Email | mike@greearclarkking.com | No Value |
| Registered Agent Fax | (307) 347-2859 | No Value |
| Registered Agent First Name | Michael | No Value |
| Registered Agent Last Name | Greear | No Value |
| Registered Agent Middle Name | D | No Value |
| Registered Agent Organization Name | No Value | No Agent |
| Registered Agent Phone | (307) 388-3399 | No Value |
| Registered Agent Physical Address 1 | 1112 Robertson Ave | No Office |
| Registered Agent Physical Address 2 | PO Box 542 | No Value |
| Registered Agent Physical City | Worland | No Value |
| Registered Agent Physical County | Washakie | No Value |
| Registered Agent Physical Postal Code | 82401 | No Value |

Page 1 of 1 on 3/20/2019 7:42:19 AM

Business Center                                                                    Online Services   Search

# DETAIL

RETURN TO YOUR SEARCH          FILE YOUR ANNUAL REPORT

MedPort, LLC

This detail reflects the current data for the filing in the system.                                Print

**Name**
MedPort, LLC

**Filing ID**
2012-000621556

**Status**
Active

**Fictitious Name**

**Type**
Limited Liability Company - Domestic

**Sub Status**
Current

**Initial Filing**
05/01/2012

**Standing - Tax**
Good

**Standing - RA**
Delinquent

**Standing - Other**
Good

**Term of Duration**
Perpetual

**Formed In**
Wyoming

**Principal Office**
315 S Coast Hwy 101
Ste U 102
Encinitas, CA 92024
USA

**Mailing Address**
315 S Coast Hwy 101
Ste U 102
Encinitas, CA 92024
USA

## Additional Details

**Registered Agent:**
No Agent
No Office
Laramie County WY

**Latest AR/Year**
03405902 / 2018

**AR Exempt**
No

**License Tax Paid**
$50.00

## History

| | |
|---|---|
| RA Resignation - 2019-002519675 | Date: 03/20/2019 |
| 2018 Original Annual Report - 03405902 | Date: 03/10/2018 |
| 2017 Original Annual Report - 02625967 | Date: 10/13/2016 |
| 2016 Original Annual Report - 02465852 | Date: 04/04/2016 |
| 2015 Original Annual Report - 02195003 | Date: 03/02/2015 |
| 2014 Original Annual Report - 02033778 | Date: 05/12/2014 |
| Delinquency Notice - Tax - 2014-001611369 | Date: 05/02/2014 |
| 2013 Original Annual Report - 01844431 | Date: 05/29/2013 |
| Delinquency Notice - Tax - 2013-001488298 | Date: 05/02/2013 |
| Initial Filing - See Filing ID | Date: 05/01/2012 |

Public Notes

No Public Notes Found...

Parties

| | |
|---|---|
| Michael D Greear (Organizer) | Organization: |
| Address: | |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19CV48-F

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **MEDPORT, LLC**
was received by me on *(date)*  03/20/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  ***SEE ATTACHED DECLARATION  ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   03/21/2019

*Server's signature*

K. WYSONG  SAN DIEGO RPS #1802
*Printed name and title*

SAN DIEGO SERVICE OF PROCESS
2445 MORENA BLVD. #201
SAN DIEGO, CA 92110
*Server's address*

Additional information regarding attempted service, etc:
ADDITIONAL DOCUMENTS SERVED: Complaint

| | | MC-031 |
|---|---|---|
| PLAINTIFF/PETITIONER: JIMMIE G. BILES, JR., MD | | CASE NUMBER: |
| DEFENDANT/RESPONDENT: JOHN HENRY SCHNEIDER, JR, et al. | | 19CV48-F |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

I, K. Wysong, am a registered process server and am employed in the county of San Diego. I am aware of the facts presented below. After due and diligent effort, I have been unable to effect personal service on the below-named subject. A list of dates, times and attempts at service is as follows:

SERVEE: MEDPORT, LLC
ADDRESS: 315 S. COAST HWY 101, STE. U 102, ENCINITAS, CA 92024

SERVICE ATTEMPTS AND RESULTS:

3/21/2019 at 10:45am - This address is a Commercial Mailing Receiving Agency (UPS Store). Owner would not confirm if subject was a boxholder.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/26/2019

K. Wysong
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☑ Other *(Specify):*
SAN DIEGO CO. #1802

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

*www.accesslaw.com*



**San Diego Service of Process, LLC**
2445 Morena Blvd., Suite 201
San Diego, Ca. 92110
Ph. (619) 275-6400  Fax (619) 275-6420

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/22/2019 | 38704 |

| BILL TO |
|---|
| The Spence Law Firm, LLC<br>15 S. Jackson St. Box 548<br>Jackson, WY 83001-0548 |

| Tracking # | TERMS |
|---|---|
|  | Paid by Paypal |

| ITEM CODE | DESCRIPTION | DATE | TIME | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| ATT | MEDPORT, LLC  315 S. Coast Hwy 101 Ste. U 102  Encinitas, 92024 | 3/21/19 | 10:45am | 85.00 | 85.00 |

PAID

THANK YOU FOR YOUR BUSINESS!
Accounts Not Paid Within Terms Are Subject to a 2% Finance Charge

**Total** $85.00

www.SanDiegoServiceOfProcess.com