R. Daniel Fleck – Wyo, Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY 83001
(307) 733-7290
(307) 733-5248 facsimile
*fleck@spencelawyers.com*
*hand@spencelawyers.com*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **JIMMIE G. BILES, JR., MD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 19-CV-48-F |
| v. | ) |
| | ) |
| **JOHN HENRY SCHNEIDER, JR.;** | ) |
| **MICHELLE RENE SCHNEIDER;** | ) |
| and **MEDPORT, LLC**. | ) |
| | ) |
| Defendants. | ) |

_____
**STATUS REPORT - SERVICE ON DEFENDANT MICHELLE SCHNEIDER**
_____

Pursuant to the Order of the Court [Doc. 34], Plaintiff advises the Court that personal service of the Summons and Complaint has not been accomplished on Michelle Schneider. As the Court is aware from prior hearings, Plaintiff made numerous attempts at service of the Complaint, to no avail. Since that time, based on the answers and judicial admissions of Defendant John Schneider and Defendant Medport, both of which claim Michelle Schneider was not involved in the Co-Defendants conduct, Plaintiff will agree to proceed without Mrs. Schneider.

Therefore, pursuant to FRCP 41(a)(1)(A)(i), Plaintiff contemporaneously files a Notice of Dismissal of Michelle Rene Schneider. This dismissal is without prejudice pending further discovery in this matter.

DATED this 30th day of May, 2019.

/s/ R. Daniel Fleck
R. Daniel Fleck – Wyo, Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY 83001
(307) 733-7290
(307) 733-5248 facsimile

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following addresses:

Anna Reeves Olson, #6-3692
PARK STREET LAW OFFICE
242 So. Park Street
Casper, Wyoming 82601
(307) 265-3843
(307) 235-0243 facsimile

*Attorney for Plaintiff Biles*

Adam H Owens
Gregory G Costanza
GRANITE PEAK LAW LLC
PO Box 635
Bozeman, MT 59771
406/530-9119
adam@granitepeaklaw.com
gregory@granitepeaklaw.com

*Attorneys for MedPort LLC*

And also certify this was sent via U.S. Mail to:

John H. Schneider, Jr.
Reg #64084298
METROPOLITAN CORRECTION CENTER
808 Union St
San Diego, CA 92101
*PRO SE*

/s/ R. Daniel Fleck
R. Daniel Fleck – Wyo, Bar #6-2668