# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
DISTRICT COURT

SEP 13 2019

U.S. MAGISTRATE JUDGE

| | |
|---|---|
| MD JIMMIE G. BILES, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN H. SCHNEIDER, JR. and MEDPORT LLC,<br><br>Defendants. | Case Number: 2:19-cv-00048-NDF<br><br>Interpreter Needed: No<br><br>Setting or Resetting: Setting |

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Yellowstone Justice Center<br>105 Albright Ave<br>Mammoth YNP, WY 82190 | Mark L. Carman, United States Magistrate Judge |
| | Date and Time: |
| | VACATED: Scheduling Conference set for October 17, 2019, 1:30 PM. |

Type of Proceeding:

## SCHEDULING CONFERENCE

|   |   |
|---|---|
|   | Stephan Harris<br>Clerk of Court |
| Dated this 13th day of September, 2019. | Katherine Wenner<br>Law Clerk |

TO:
Counsel of Record