# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
1:39 pm, 3/23/20
U.S. Magistrate Judge

JIMMIE G. BILES, JR., M.D.,

                       Plaintiff,

vs.                                                                         Case Number: 2:19-CV-00048-NDF

JOHN H. SCHNEIDER, JR. and
MEDPORT, LLC,

                       Defendants.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only         ☑ This was a Telephonic Hearing

Date: 03/23/2020    Time: 10:33 AM - 11:32 AM    (Telephonic)

| Mark L. Carman | | | Katherine Wenner |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Sarah A. Kellogg; R. Daniel Fleck; Mary Kristeen Hand

Attorney(s) for Defendant(s)     Gregory G. Costanza

Other:

The parties consulted with the Court regarding the insufficiency of certain discovery responses due to imprisoned Defendant Schneider. Defendant has an obligation to make relevant records available for production by providing another means of access to such records.

Further, the parties discussed attorney-client privilege issues arising from Defendant Medport, LLC's attorney conversations and communications with Defendant Schneider.

The Court advised upon the matters. Plaintiff is granted leave to file discovery motions resulting from the above-related issues and to file any discovery motions directed toward Defendant Schneider individually.