Granite Peak Law, PLLC
Gregory G. Costanza, Esq.
Adam H. Owens, Esq.
P.O. Box 635
Bozeman, MT 59771
Gregory@GranitePeakLaw.com
(o) (406) 586-0576
Attorneys for Medport, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, <br><br> Plaintiff <br><br> v. <br><br> JOHN H. SCHNEIDER and MEDPORT, LLC, <br><br> Defendants | CAUSE NO. 19-CV-48-F <br><br> SUPPLEMTATION OF PLEADINGS PURSUANT TO RULE 1.2 COMMENT 7 OF THE WYOMING RULES OF PROFESSIONAL CONDUCT |

Granite Peak Law, PLLC, by and through its counsel Adam H. Owens and Gregory G. Costanza, hereby informs this Court, pursuant to Rule 1.2, Comment [7], of the Wyoming Rules of Professional Conduct for Attorneys at Law, that said counsel assisted John H. Schneider, MD, pursuant to a limited scope representation agreement, in the drafting of the following pleadings in this matter:

1) John Schneider's First Amended Answer and First Amended Counterclaims; and

2) John Schneider's Second Amended Answer, Affirmative Defenses, and Second Amended Counterclaim.

Rule 1.2, Comment 7 of the Wyoming Rules of Professional Conduct states in full:

> If a lawyer assists in drafting a pleading, the document shall include a statement that the document was prepared with the assistance of counsel and shall include the name and address of the lawyer who provided the assistance. Such a statement does not constitute an entry of appearance or otherwise mean that the

lawyer represents the client in the matter beyond assisting in the preparation of the document(s).

This notice is intended to supplement the aforementioned pleadings consistent with this comment to Rule 1.2.

Respectfully Submitted this 30th day of March, 2020.

        GRANITE PEAK LAW, PLLC

| | /s/ Adam H. Owens |
|---|---|
| By: | Adam H. Owens, Esq. |
| | P.O. Box 635 |
| | Bozeman, MT 59771 |
| | T: 406-585-0576 |
| | adam@granitepeaklaw.com |

| | /s/ Gregory G. Costanza |
|---|---|
| By: | Gregory G. Costanza, Esq., WY 7-5257 |
| | P.O. Box 635 |
| | Bozeman, MT 59771 |
| | T: 406-585-0576 |
| | gregory@granitepeaklaw.com |

Attorneys for Defendant Medport LLC

Certificate of Service

I hereby certify that on the 30th day of March 2020, a copy of the foregoing document was served on the following persons via CM/ECF:

Anna Reeses Olson #6-3692
Park Street Law Office
242 S. Park Street
Casper, WY 82601
T: (307) 265-3843
F: (307) 235-0243
aro@parkstreetlaw.coms
Attorney for Jimmy Biles

R. Daniel Fleck
M. Kristeen Hand
Sarah Kellogg
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY 83001
T: 307.733.7290
F: 307.733.5248
Attorneys for Plaintiff Jimmy Biles

/s/Gregory G. Costanza


I hereby certify that on the 30th day of March 2020, a copy of the foregoing document was mailed to the following persons via CorrLinks:

John H. Schneider, Jr.
Reg #64084298
METROPOLITAN CORRECTION CENTER
808 Union St
San Diego, CA 92101

/s/ Gregory G. Costanza