# STATE OF WYOMING
## Office of the Secretary of State

I, MAX MAXFIELD, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

### MedPort, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **1st** day of **May, 2012**.



_____
Secretary of State

By: _____Bryci Webber_____

Filed Date: 05/01/2012

Max Maxfield, WY Secretary of State
FILED: 05/01/2012 03:00 PM
ID: 2012-000621556

# ARTICLES OF ORGANIZATION
## OF
## MedPort, LLC

THE UNDERSIGNED person, acting as the Organizer of a limited liability company (LLC) under the Wyoming Limited Liability Company Act adopts the following Articles of Organization:

1. **Name.** The name of the Limited Liability Company is:

    **MedPort, LLC.**

2. **Duration.** The period of duration of the LLC shall be thirty (30) years from the date of filing the Articles of Organization with the Wyoming Secretary of State, unless sooner dissolved by the members or as provided by statute.

3. **Purpose.** That the purpose for which this Limited Liability Company is to engage in all lawful types of business, as may be performed from time to time as determined by the members, except for banking and/or acting as an insurer as defined in W.S. §26-1-102(a)(xvi) (July 1, 2011).

4. **Principal Place of Business.** The address of the LLC's principal place of business is 15836 Astral St., Chino Hills, California 91709.

5. **Mailing Address.** The mailing address for the LLC is 15836 Astral St., Chino Hills, California 91709.

6. **Registered Agent & Office.** The name of LLC's registered agent, whose Consent to Appointment as Registered Agent is included with these articles is Michael D. Greear and the address of the registered office is 1112 Robertson Ave., Worland, WY 82401.

7. **Return of Capital; Distribution of Profits.** The members' right to the return of capital shall be determined from the company's books, as of the effective date of

termination of the company, based on generally accepted accounting practices. Members agree to share income and surplus upon the basis stipulated in the Operating Agreement. Withdrawal of an owner will be only on terms unanimously agreed by the parties in the Operating Agreement without diminishing the prospects of the company's venture and subject to the limitations of Wyoming Statutes.

8. **Management.** The business of the company will be conducted under the management of the Manager, Kathleen Theresa Burrows, 15836 Astral St., Chino Hills, California 91709, until such time as a successor manager or managers are elected by the members.

Dated: April 26, 2012.

_____
Michael D. Greear, Organizer