

FILED
4:34 pm, 6/2/20
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., M.D.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN H. SCHNEIDER, JR. and MEDPORT, LLC,<br><br>Defendants. | Civ. No. 2:19-CV-00048-NDF |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL ECF #84, DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to Seal ECF #84, Defendants' Response to Plaintiff's Motion for Partial Summary Judgment [Doc. 89]. The Court, having fully considered Plaintiff's Motion, finds that good cause exists, and the Motion should be GRANTED.

IT IS HEREBY ORDERED that the Court shall seal the document previously filed as ECF #84.

Dated this 2nd day of June, 2020

_____
MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE