

FILED

8:05 am, 6/19/20

**Margaret Botkins
Clerk of Court**

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| JIMMIE G. BILES, JR., M.D.,,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN HENRY SCHNEIDER, JR.; and<br>MEDPORT, LLC,<br><br>      Defendants. | Civil No. 19-CV-48-F |

### JUDGMENT IN A CIVIL ACTION

The Court having granted Plaintiff, Jimmie G. Biles, Jr., M.D.'s Motion for Partial summary Judgment and granting Request for Permanent Injunction on June 18, 2020 and having ordered that Plaintiff's Breach of contract claim is granted and that Plaintiff is entitled to an award of liquidated damages against Defendant Schneider in the amount of $250,000.00

Plaintiff, Jimmie G. Biles, Jr., M.D., is entitled to judgment in his favor and against Defendant, John Henry Schneider, Jr. in the amount of $250,000.00.

Dated this 19th day of June, 2020.

_____
*Clerk of Court or Deputy Clerk*