GRANITE PEAK LAW PLLC
Gregory G. Costanza, Esq.
Adam H. Owens, Esq.
P.O. Box 635
Bozeman, MT 59771
T: 406.530.9119
F: 406.794.0750
adam@granitepeaklaw.com
gregory@granitepeaklaw.com
Attorneys for Defendant Medport, LLC
Limited Scope Attorneys for Defendant Schneider

## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, | Cause No. 19-CV-48-F |
| Plaintiff | |
| v. | |
| JOHN H. SCHNEIDER and MEDPORT, LLC, | NOTICE OF APPEAL |
| Defendants | |
| \ | |

Pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 1292(a)(1), and Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), notice is hereby given that John H. Schneider and Medport, LLC, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order of the United States District Court for the District of Wyoming (Documents #92) and Judgment (Document #93) thereon, granting Plaintiff's motion for partial summary judgment, entering an award of liquidated damages, and permanently enjoining Defendants from posting, publicizing, or disseminating information about Plaintiff not in the public record, entered in this action on June 18, 2020.

Respectfully submitted this __17th__ day of July, 2020.

/s/ Gregory G. Costanza, Esq.

WY 7-5257
Granite Peak Law, PLLC
201 W. Madison Ave, Suite 450
Belgrade, MT 59714
O: 406.586.0576
Attorneys for Defendant Medport, LLC
Limited Scope Attorneys for Defendant Schneider

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2020, a copy of the foregoing document was served on the following persons via CM/ECF:

Anna Reeses Olson #6-3692
Park Street Law Office
242 S. Park Street
Casper, WY 82601
T: (307) 265-3843
F: (307) 235-0243
aro@parkstreetlaw.com
Attorneys for Counter-Defendant
Jimmy Biles

R. Daniel Fleck
M. Kristeen Hand
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY 83001
T: 307.733.7290
F: 307.733.5248
Attorneys for Plaintiff Jimmy Biles

/s/Gregory G. Costanza

Granite Peak Law, PLLC