# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:27 pm, 7/20/20

**Margaret Botkins
Clerk of Court**

MD JIMMIE G BILES JR

    Plaintiff,

vs.

JOHN H SCHNEIDER JR, et al

    Defendants.

Case Number: 19-CV-48-F

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only      ☑ This was a Telephonic Hearing

Date: 7/20/2020     Time: 3:00 p.m. - 3:27 p.m.     (Telephonic)

| Nancy D. Freudenthal | Abby Logan | Megan Strawn | Madeleine Lewis |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Daniel Fleck, Mary Kristeen Hand, Sarah Kellogg

Attorney(s) for Defendant(s)     Gregory Costanza

Other:

Another Motion for Summary Judgment is going to be filed in this matter on or before 8/14/2020 with regards to MedPort by Plaintiff. Defense counsel also anticipates that Defendant Schneider will have an additional dispositive motion to file before the deadline. Defendant wishes to submit a Reply to the Motion to Amend Judgment rather than argue that motion during the Dispositive Motions Hearing set previously for 9/8/2020 at 10:00 a.m. Counsel referred to contact the Magistrate Judge in this matter with their discovery concerns. Settlement prospects discussed briefly.