May 2012
Medport Production Concepts:

MedPort domestic product lines includes investments and corporate development and Uriel and intellectual support for several products currently these include one healthcare no practice.com to Omni spine surgical consultants three doctors black bag.com. MedPort international is a limited liability company whose mission statement is the dedication and investment in foreign domestic marketers evolving quality healthcare and healthcare reform. Medport international is developing strategic alliances, investment management and consultation for global investments to support the evolving healthcare footprint in underdeveloped third and second world nations.

1. Fundamental site a patient oriented subscription portal that provides a repository for healthcare records, stored in date sequential standard format such as pdf. In addition the up to date healthcare record that queries people on a quarterly based to update essentially an intake new patient medical history for each person, sent via email alert with on line forms that then allow people to keep both a repository as well as up to date record (or click a no change). Look at My medical records.com, which is a more robust document strorage but looks like it requires providers to up load to MMR.com site, which may not get done. Other options like access, security, etc good format. Our product has to offer additional subscription or fee for service based products such as:
   a. Procedure preauthorization
   b. Insurance adjudication
   c. U/R pre-procedure evaluation
   d. Usual and customary service negotiation (need broad demographics)
   e. Provider review and access
   f. Insurance evaluation and comparison of products to government programs, provider networks etc.
   g. Legal case review.

2. I. Using the OMNI Brand label, website for a variety of services:
A. Patient Portal
B. Medical legal portal
C. Provider Portal
Expand: for the website consultation ideas:
a. OMNI Brand. Net source for expert medical and medical-legal assessment, recommendation and strategic case planning. Case review second opinion.
b. guidelines for your PCP, locate the specialist in your region.
c. Independent medical opinion. submit this receipt to your insurance company.
d. case review with details imaging review as radiology is so variable, requires an expert surgeon.

MED 0130

e. Experts defend expert defense strategic planning case review literature review comprehensive defense or offense plan question-and-answer's for expert.
   a. Expert witness
f. Independent medical review spine care for insurance companies what are TUR directors or physician providers.
   a. patient must educate themselves with changes in healthcare bus advocate for your own care
   b. insurance charts companies federal programs often prevent up-to-date testing prevent up-to-date testing and care don't fall victim to overzealous surgeons uneducated primary care providers difficulty getting into a spine specialist doesn't just want your money
g. Medical litigation consultant Dr. Schneider has the unique ability to analyze therefore the plaintiff work the critical science between care delivery and care outcome. This is a medical malpractice investigation formulates the differential between the standards care relative to comprehensive diseased patient. Oftentimes the focus Maryland-based single act of care of global patient's status is what determines the outcome of the litigation. But Schneider has the unique ability to bridge this gap of the comprehensive strategy for scientific dissection and legal fact determination. This bridge affords either plaintiffs or defendants Strumness when Fortherr side. Although Dr. Schneider and provide expert testimony for neurological and spine pathology of, his critical analysis of global comprehensive medical care next with investigative analysis of prevailing scientific phot for the race the arbitrary opinions of" expert testimony". Given the medicine equipment will equivalently determines fat based upon prevailing medical studies, strong support for a pro or con argument is is it always possible based upon the synthesis of this of the prevailing work. In this regard Schneider and unique expertise by consultation for legal team, outline questions for deposition and trial testimony of each witness afford the legal team the highest percent chance of success.
h. Will your insurance be enough – today can shop for insurance, what are the probabilities you will need ortho or spine surgery over the next year? If not, go for the basic plans. Most common surgeries for the under 65 crowd.
i. Topics:
   a. reviewing records a document only be single charge including medical records and radiology reports.
   b. recommendations based upon imaging review with probability of success with various therapies detailed recommendations to get your primary care provider
   c. research the best provider in your area with formal referral that would be a third charge
j. Speak with the doctor and the GoToMeeting/Skype format that would be the fourth. Charge
k. Second my doctor screwed up a comprehensive case review outline blueprint for standard of received standards of care opinion should be looking for a better surgeon or attorney and here is the expert in your area number three expert review for Ituni tourney strategy standards of care outline case and for Dr.'s guide to patient's lifestyle for better health physical therapy exercise weight loss supplements new newsletter etc.
l. Process flow : mail records to location, I have them scanned and up loaded to that persons file for review, then records are returned to the individual. On line down load using my current H/P, records release, ?download an order for a MRI or CT scan – person to mail in scan for review.

MED 0131

      a. Analysis is uploaded with recommended action plan and recommendations to present to their own pcp, NP or PA.
      b. List of resources in their area – PT, Chiro, acupuncture with referral form available from website.
      c. List of 'approved specialists"
- m. My spine – causes of neck and back problems, their clinical manifestations, how dx are made. Internet based consulting for medical services, spine, ortho etc. Patient responsible for med records, mail in or email. Ime based upon patient needs, fill out what they desire. Medical research that supports recommendations CC swipe for specific services with emails requesting authorization to recharge card as other services are recommended, like acting as a broker to find best doctor for them, researching doctor, etc. Expert plaintiff, Expert defense, Scanning services, drop to FTP file, document management system.
- n. Focus the product toward insurance companies, goverbment and 3rd party administrators.
      a. Subscribe to main URO sites – ODG, ACOM, etc
      b. Subscribe to main spine academic research sites
      c. Service is synthesizing the science to approve/disapprove care, gate keeper based upon real science
          i. Direct rebuttle with science to denial of services from patients to providers.
      d. Web based – create App that payor will require providers to download and use in their system to up load key information, medical records, previous care
      e. Must download last 12 months of imaging
      f. HIPPA compliant – secure with high volumne info download to ?cloud – like scans.
      g. Produce an approval or disapproval of services with recommended course of action – approving a surgery, then what is authorized postop - # scans, f/u, therapy and meds.
      h. Case rate or better to be on retainer with certain number of cases the maximum based upon what their willing to pay in the retainer.
- o. "Healthcare Excessive costs watchdog Institute": Broad appeal for negotiating medical overcharges
      a. Review bills, compare to norms (Medicare allowables) and develop 'pricellist" for people to appeal costs above or beyond their insurance to haggle with hospital
      b. Promiseary to pay bill bills signed under duress
      c. Librabry of letters refusing bills, demanding they be settled on pennies on dollar, fraud when not charging a federally funded patien more than them etc
      d. Cost structure
          i. Sinlge cost for review with letter demonstrating their overages.
          ii. Second cost to advocate in their behalf with letters to providerds
          iii. Final cost to represent them in phone negotiations with intent to pursue legal actions.

II. <u>Biomechanical and prosthetics:</u>
- p. Knee brace me biomechanics goals encapsulate it here displace load preserve motion in full flexion and extension except compressive load and force and kinetic energy of compression with load transfer onto prosthesis. Return elastic modulus unloaded state release the compressive load in

MED 0132

Biles v. Schneider 001254

cycle and return to neutral state cycle of functionality load force maximally displaced onto prosthetic has the neat approaches complete extension reproducible moments of load on prosthetic stress when new cycles through flexion into extension complete unload and resting state of prosthesis in need flexion goal is low displacement away from Paxville and torsional mechanical load on the joint treatment of joint disease preventing disease treating ligament and meniscal injuries by offloading joint and avoiding surgery only conceivable way will be dynamic adherents of the Peri joint prosthesis proximally and distally without causing lack of blood flow to the skin and skin maillot necrosis by constriction excessive construction causing pain. Apparatus must be reusable and replaceable on conjoint concepts generic fit method to activate and tightness said maxim number of stabilization points around the joint as well as patellar stability think loadbearing Pistons water bearing circumferential mechanical load tightening of ligature between patella and muscular inserts.

q. Wearable toxin detector/ bacterial or viral exposure (if possible) with "antidote meds"
   a. Idea being that some type of arm band or card carried in wallet or pursue or wearable, like arm band will detect toxins, from CO2 to other environmental toxins, think selling to high population centers where human contact is close.
      i. Activation of sensor would be for a fixed period and then the system would need to be reset
      ii. Sales of medical cures or immune boosters, etc would be done
   b. Investigate environmental toxins and there method of detection.
r. Investigate nonprescription assistance, like immune boosters with flu exposure and package in fluid assistance to mix with a drink to "protect" the system.
s. Use available research that shows the variety of supplements with the specific colored exposure are taken in a set period. Redesign surgical masks to make them transparent with better filter and sell to population dense area, filtering not only bacteria and viruses but CO2, etc.
t. Redesign surgical masks to make them transparent with better filter and sell to population dense area, filtering not only bacteria and viruses but CO2, etc.

III. <u>Is there a need for a business that advocates for medical tourism</u>, soliciting patients, reviewing their insurance if referral is through a licensed physician in the US.
   a. Need to check Obamacare and regulations within states with new mandates, medicare rules if referred, etc.
u. Medical portal for susbscritpion based services not unlike an investors news site delivering:
   a. Concept modules about medical topics.
      i.
   b. About insurance plans, what can be expected?
      i. Adjudication of a claim – reviewing policies and advocating for patients
      ii. What will your care cost you – communicating with your provider before surgery.
   c. Medport as a health life coach subscription levels of service educating the public and how to access best medical care
      i. Medical records archiver

MED 0133

  II. how to organize and maintain your medical records repository for your medical records to deliver to providers as needed adjudicating your medical bills
  ii. Medical Care reference
  iii. Medical Provider reviews
  iv. Cost of care analysis
  II. Cost comparing your health care with healthcare in and out of United States and regionally.
  v. Insurance product evaluation
  II. Advocacy for your rights to care – research supporting care plan.
  III. navigating the complex medical system of recommendations comparing your medical condition to what physicians across the country are recommending
  IV. health care planner has a subscription-based service advocacy for best healthcare care plans by disease
  V. How to advocate for yourself and your carrier with your insurance company precautions on receiving care when the company can retroactively say no.
   a. Now you can go to jail without insurance but is your insurance any good.
  VI. How to pay for your insurance secrets behind the best healthcare
  vi. planning your care
  II. Understanding pre-existing conditions and knowing the cost for care by acting as a representative with hospitals provider offices and the insurance company to make sure the care that is received is paid for.

II. Main focus designed to provide an acceptable physician support service that is offered as a compensable service line by consulting with pharm and device companies in their effort to attract and retain physicians as prescribers of medications as well as users of implant products. This consulting service would manage the legal development of that service line and solicit physician participation in this service being offered as support to provider practices through education and business service management.

**MED 0134**

Biles v. Schneider 001256