MedPort, LLC

Annual Board Meeting:
January 8 2013  4pm – 5pm Mountain Standard Time:

Present Members:

Kathleen Burrows, Owner and CFO
Brandon Schneider, Owner and CEO
John Schneider, MD Chief Medical Officer

Resolutions:

- Share distribution:

    - Company has 100 shares, each valued at $500.00

    - Offer share ownership purchase of 20 shares each, valued at $10,000, to each of the Trusts of Brandon, Shannon and Caitlin Schneider. Remaining share ownership of 20 shares each held by Brandon Schneider personally and Kathleen Burrows personally.  Company total value $50,000 for 100 shares ( 100% ownerships)

    - Buy/Sell share agreement completed by Mike Greear of Worrell and Greear.

- Renegotiate loan repayment terms, requesting first repayment of 3.5mm loan from Schneider Limited Partnership begin January 2018 with original loan documents restating this request.

- Product service line.

    - Medport LLC will engage comprehensive computer engineer firm and establish in house programming expertise to develop the product line of the company.  Product due diligence and needs analysis shall focus on core internet customer service delivery model to address the following needs: synergizing fragmented single service items partially available on today's web based platform as single source location for medical document and cost service management.

1

MED 0234

- Medical Portal will develop a patient oriented subscription portal that provides a repository for healthcare records, stored in date sequential standard format.
    - In addition, the up to date healthcare record that queries people on a quarterly based to update an intake new patient medical history for each person, sent via email alert with on line forms that then allow people to keep both a repository as well as up to date record for individual and family.
        - Competitor example of repository only site is: My medical records.com, which is robust document storage. Options like access, security, etc. good format. This is repository only site.
- Our product has to offer additional subscription or fee for service based products such as:
    - Procedure preauthorization
    - Insurance adjudication
        - "Healthcare Excessive costs watchdog Institute": Broad appeal for negotiating medical overcharges
        - Review bills, compare to norms (Medicare allowable) and develop 'pricelist" for people to appeal costs above or beyond their insurance to haggle with hospital
        - Promissory to pay bill bills signed under duress
        - Library of letters refusing bills, demanding they be settled on pennies on dollar, fraud when not charging a federally funded patient more than them.
    - U/R pre-procedure evaluation
    - Usual and customary service negotiation (need broad demographics)
    - Provider review and access

2

MED 0235

- Insurance evaluation and comparison of products to government programs, provider networks etc.
- Legal case review and referral.

- Meeting resolutions all past by unanimous vote.

- Annual meeting notification for January 2014.

*[signature]*

3

MED 0236