

**Medport, LLC**
EIN# 45-5382506
15836 Astral Ave.
Chino Hills CA

MED 0292

To: Whom it may concern

Re: Employment status and payroll
John H Schneider, MD
Michelle R Schneider

This letter confirms that John H Schneider and Michelle R Schneider both work for Medport, LLC as directors performing at least 32 hours per week under their employment descriptions. John H Schneider earns $2500 per month from May 2013 through December 2014. Michelle R Schneider earns $2500 per month from January 2014 to current. Payroll in full for this time period for John H Schneider, MD was satisfied in payment made to his corporation Northern Rockies Neuro-Spine, PC on May 8 2014. Michelle Schneider's compensation has accrued and been offset by rental property payments by Medport, LLC for her use at locations 924 Encinitas Blvd, Encinitas, CA 92024 and 137 Cadmus St, Encinitas Ca 92024 while she attends sponsored professional cooking school in Sand Diego, Ca. As of November 1 2014, this value is $21,018.

Feel free to contact me for further information.

_____          1 November 2014
Brandon M Schneider, CEO                    Date