IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., M.D.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HENRY SCHNEIDER, JR.; and MEDPORT, LLC,<br><br>Defendants. | Civ. No. 19-CV-48-F<br><br>**AFFIDAVIT OF KATHLEEN THERESA BURROWS** |

[¶ 1]  My name is Kathleen Theresa Burrows. I am over the age of 18 and competent to make this affidavit.

[¶ 2]  On May 9, 2012, I was the manager of MedPort, LLC ("MedPort").

[¶ 3]  As the manager of MedPort, LLC, it was my understanding that on May 9, 2012, my brother, John Henry Schneider, was authorized to act as an agent, affiliate, and/or representative of MedPort, LLC.

[¶ 4]  Mr. Schneider had the authority to bind MedPort to a contract, including any agreement to settle the lawsuits: *Biles v. Schneider,* No. 2:11-cv-00366-NDF (D. Wyo. dismissed June 18, 2012) and *Biles v. Fallon,* No. 2:11-cv-00294-NDF (D. Wyo. dismissed June 18, 2012).

[¶ 5]  It was my understanding that in 2012, my brother, John Henry Schneider, agreed not to disparage Dr. Jimmie Biles or disseminate confidential materials from the above referenced litigation personally or through any of his entities, including MedPort.

**I CERTIFY UNDER PENALTY OF FALSE SWEARING THAT THE FOREGOING IS TRUE.**

Dated this 28 day of July, 2020.

Kathleen T. Burrows