# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

10:58 am, 9/8/20

**Margaret Botkins
Clerk of Court**

|  |  |
|---|---|
| MD JIMMIE G BILES JR<br><br>Plaintiff,<br><br>vs.<br><br>JOHN H SCHNEIDER JR et al<br><br>Defendant. | Case Number: 19-CV-48-F |

### CIVIL MINUTE SHEET - MOTION HEARING

☑ This minute sheet also contains a Minute Order
☑ Telephonic
Date: Sep 8, 2020       Time: 10:01 a.m. - 10:58 a.m.

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Sandy Potter |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Dan Fleck, Kristeen Hand, Sarah Kellogg

Attorney(s) for Defendant(s)   Gregory Costanza

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 109 | Partial Summary Judgment | Under Advisement |
| Defendant | 113 | Summary Judgment | Under Advisement |
| Defendant | 98 | Alter/Amend | Under Advisement |

☐ Briefs to be filed on or before             by
                                              by

☑ Order to be prepared by ☑ Court  ☐ Attorney

Other:
Defense counsel chooses to stand on his Reply Brief filed in this matter rather than make argument today as it is not this Court's practice to allow both.  Therefore, Judge Freudenthal did allow that, but affording Mr. Costanza an opportunity to respond today to Plaintiff's arguments

Civil Motion Minute Sheet
19-CV-48-F

only. Judge Orders that the Text-Only Order entered striking the reply in this matter shall be rescinded. The transcript of this proceeding will be sealed. Written Order will be entered.