R. Daniel Fleck (WSB # 6-2668)
M. Kristeen Hand (WSB # 6-3544)
Sarah A. Kellogg (WSB # 7-5355)
THE SPENCE LAW FIRM, LLC
15 South Jackson Street
P.O. Box 548
Jackson, WY 83001
(307) 733-7290
(307) 733-5248 (Fax)
fleck@spencelawyers.com
hand@spencelawyers.com
kellogg@spencelawyers.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., M.D.,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN HENRY SCHNEIDER, JR.; and MEDPORT, LLC,<br><br>   Defendants. | Civ. No. 19-CV-48-F |

## MOTION FOR STIPULATED FINAL JUDGMENT

The parties, Plaintiff Jimmie G. Biles, Jr., M.D., Defendant John Henry Schneider, Jr., and Defendant MedPort, LLC, by and through their respective counsel, R. Daniel Fleck, M. Kristeen Hand, and Sarah A. Kellogg of THE SPENCE LAW FIRM, LLC, and Gregory Costanza and Adam Owens of GRANITE PEAK LAW, PLLC, hereby file their Motion for Stipulated Judgment, and state as follows:

[¶ 1]   On November 5, 2020, the parties executed a Settlement Agreement.

[¶ 2]     Pursuant to the Settlement Agreement, the parties agreed to a final entry of judgment against MedPort and Mr. Schneider in the amount of three hundred forty thousand dollars ($340,000) with a conditional covenant not to execute above ninety thousand dollars ($90,000).

[¶ 3]     A proposed order entering judgment in the stipulated form is provided herewith.

I.   CONCLUSION

For all of these reasons, the parties respectfully requests that the Court grant this stipulated motion and enter final judgment against Defendants in substantially the same form as the parties' proposed order.

Dated this 11th day of November, 2020.

     /s/ R. Daniel Fleck_____
R. Daniel Fleck (WSB # 6-2668)
M. Kristeen Hand (WSB # 6-3544)
Sarah A. Kellogg (WSB # 7-5355)
THE SPENCE LAW FIRM, LLC
15 South Jackson Street
P.O. Box 548
Jackson, WY 83001
(307) 733-7290
(307) 733-5248 (Fax)
fleck@spencelawyers.com
hand@spencelawyers.com
kellogg@spencelawyers.com

*Attorneys for Plaintiff*

     /s/Gregory Costanza_____
Gregory Costanza
Adam H. Owens
GRANITE PEAK LAW PLLC
201 W. Madison Ave Suite 450
Belgrade, MT 59714
(406) 530-9119
(406) 794-0750
gregory@granitepeaklaw.com

adam@granitepeaklaw.com

*Attorneys for Defendants Schneider and MedPort, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following addresses:

    Adam H. Owens
    Gregory G. Costanza
    Granite Peak Law LLC
    201 W. Madison Ave., Ste. 450
    Belgrade, MT 59714
    adam@granitepeaklaw.com
    gregory@granitepeaklaw.com

    *Attorneys for Defendants MedPort, LLC & John H. Schneider*

    /s/ R. Daniel Fleck
    R. Daniel Fleck (WSB # 6-2668)
    M. Kristeen Hand (WSB # 6-3544)
    Sarah A. Kellogg (WSB # 7-5355)
    THE SPENCE LAW FIRM, LLC
    15 South Jackson Street
    P.O. Box 548
    Jackson, WY 83001
    (307) 733-7290
    (307) 733-5248 (Fax)
    fleck@spencelawyers.com
    hand@spencelawyers.com
    kellogg@spencelawyers.com