FILED



9:10 am, 11/12/20

**Margaret Botkins
Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., M.D., <br><br> Plaintiff, <br><br> v. <br><br> JOHN HENRY SCHNEIDER, JR.; and MEDPORT, LLC, <br><br> Defendants. | Civ. No. 19-CV-48-F |

### SECOND AMENDED JUDGMENT IN A CIVIL ACTION

THIS Court, having granted the Parties' Motion for Stipulated Judgment,

1. Plaintiff Jimmie G. Biles, Jr., M.D. is entitled to judgment against MedPort, LLC and John H. Schneider, Jr., jointly and severally, in the amount of three hundred and forty thousand dollars ($340,000.00).

2. This judgment is final and fully resolves the claims pending in this Action.

3. Except as set forth herein, each party shall bear its own costs and fees.

Dated this 12 day of November, 2020

_Clerk of Court or Deputy Clerk_